# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2288 Disciplinary Docket No. 3 |
| | : | |
| MICHAEL THOMAS REYNOLDS | : | Board File No. C1-16-494 |
| | : | |
| | : | (Supreme Court of Arizona, |
| | : | PDJ-2016-9020) |
| | : | |
| | : | Attorney Registration No. 73708 |
| | : | |
| | : | (Out of State) |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of October, 2016, having failed to reply to this Court's directive of August 25, 2016, to provide reasons against the imposition of reciprocal discipline, Michael Thomas Reynolds is suspended from the practice of law for two years in this Commonwealth. He is directed to comply with all the provisions of Pa.R.D.E. 217.